IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TIMOTHY W. BROWN     PLAINTIFF

V.     Civil No.10-3027

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, et al.     DEFENDANT

## ORDER

On March 24, 2010, Timothy W. Brown ("Plaintiff") submitted a complaint for filing in this district together with a motion to proceed *in forma pauperis*. (Docs. # 1-3). Subsequently, Plaintiff submitted an amended complaint on April 22, 2010. (Doc. # 8). In both his original and amended complaints as well as his affidavit in support of the motion to proceed *in forma pauperis*, Plaintiff referred to his minor children by their full names and dates of birth. (Docs. # 2-3, 8).

Federal Rule of Civil Procedure 5.2 restricts certain types of sensitive information from being included in paper or electronic court filings. This "sensitive information" includes social security numbers, birth dates, names of minor children, and financial account numbers. FED. R. CIV. P. 5.2(a). Names of minor children should be redacted to the minor's initials. *Id.* Additionally, dates of birth should be limited to the birth year. *Id.* Accordingly, the clerk is directed to restrict access to the following documents: the affidavit in support of Plaintiff's motion to proceed *in forma pauperis*, the complaint, and the amended complaint. (Docs. # 2-3, 8). These documents should be made available to court staff and party participants only.

Plaintiff is advised that all future filings must conform to FED. R. CIV P. 5.2.

IT IS SO ORDERED this 26th day of May 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 27 2010

CHRIS R. JOHNSON, CLERK
BY          DEPUTY CLERK

-2-